United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

  19    CV 3946 PKC-RER

indicated that this case is related to the following case(s):

18-cv-5562 ENV-ST

_____

_____