## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | October 11, 2019 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-3946 (ENV) |
| **NAME OF CASE(S):** | **OGUNBODEDE V. TASTEE PATTE, LTD. ET AL.** |
| **FOR PLAINTIFF(S):** | Rumack |
| **FOR DEFENDANT(S):** | Rodriguez |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:15 - 10:19 |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 11/8/19;

Completion of Phase I discovery - 12/11/19;

Deadline for motions to join new parties or amend pleadings - 1/3/20;

First requests for production of documents and interrogatories due by - 1/17/20;

All fact discovery to be completed by 5/4/20;

All discovery completed by - 7/11/20;

Final date to take first step in dispositive motion practice - 8/11/20.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8.  Mediation shall be completed by December 31, 2019.  Parties shall file a joint status report by January 10, 2020.